JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELL GATEWOOD, | Case No. CV 20-7892 JAK (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| J. GASTELO, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: September 3, 2020

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE